6 A.3d 440

CAROL L. GORDON, PETITIONER–PETITIONER, v. BOARD OF REVIEW, DEPARTMENT OF LABOR, RESPONDENT–RESPONDENT, AND JOE E. STRAUSS, ESQ., RESPONDENT.

October 28, 2010.

Denied.